# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

131043

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRENDA L. FOUNTAIN,
      Plaintiff-Appellee,

v

                                     SC: 131043
                                     COA: 266583
                                     WCAC: 04-000291

ARROW UNIFORM RENTAL,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 12, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

t0724

_____
Clerk